Order of April 10, 2008, Withdrawn; Appeal Dismissed and Memorandum
Opinion filed May 8, 2008








Order of April 10, 2008, Withdrawn; Appeal Dismissed
and Memorandum Opinion filed May 8, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00030-CR

____________

 

EDWIN HOLLEY WESTON,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

Harris County, Texas

Trial Court Cause No.
1144345

 



 

M E M O R A N D U M   O P I N I O N

We
withdraw our order of April 10, 2008, directing the trial court to conduct a
brief hearing on or before May 12, 2008.

Appellant
entered a plea of guilty to possession of a controlled substance.  In
accordance with the terms of a plea bargain, the trial court sentenced
appellant on December 7, 2008, to confinement for ten years in the
Institutional Division of the Texas Department of Criminal Justice.








The
record reflects that on March 11, 2008, appellant=s motion for new trial was granted. 
Accordingly, the appeal is now moot.  We dismiss the appeal.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 8,
2008.

Panel consists of Justices Frost, Seymore, and Guzman.

Do Not Publish C
Tex. R. App. P. 47.2(b).